UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHAWN K. DAVIS,                              )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )          No. 1:25-cv-00518-JAW
                                             )
AROOSTOOK COUNTY JAIL                        )
MEDICAL STAFF, et al.,                       )
                                             )
            Defendants.                      )

**ORDER AFFIRMING RECOMMENDED DECISION**

On October 10, 2025, Shawn K. Davis, who is currently in custody at the Aroostook County Jail, filed a complaint against Aroostook County Jail Medical Staff for allegedly providing Mr. Davis inadequate treatment for his medical conditions *Compl.* (ECF No. 1).   Mr. Davis also filed an application to proceed without prepayment of fees, *Appl. to Proceed Without Prepayment of Fees and Aff.* (ECF No. 2), which the Court granted.   *Order Granting Mot. to Proceed Without Prepayment of Fees and Costs* (ECF No. 4).

On October 17, 2025, the Magistrate Judge reviewed Mr. Davis's complaint pursuant to 28 U.S.C. §§ 1915 and 1915A and recommended this Court dismiss Mr. Davis's complaint as legally insufficient.   *Recommended Decision after Review of Pl.'s Compl.* at 6-7 (ECF No. 5).   Mr. Davis did not file an objection.

Because Mr. Davis did not timely file an objection, he waived his right to have this Court conduct de novo review and to appeal this Court's order entered pursuant to the Magistrate Judge's recommended decision.   28 U.S.C. § 636(b)(1)(B); *Rivera-Aponte v. Gomez Bus Line, Inc.*, 62 F.4th 1, 10 (1st Cir. 2023) (explaining it is "well-

settled that 'only those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" (quoting *School Union No. 37 v. United Nat'l Ins. Co.*, 617 F.3d 554, 564 (1st Cir. 2010)).  The Court therefore reviews the Magistrate Judge's recommended decision for clear error.  *Park Motors Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980).

Upon clear error review, consistent with the Magistrate Judge's recommendation and for the same reasons set forth in the recommended decision, the Court AFFIRMS Recommended Decision After Review of Plaintiff's Complaint (ECF No. 5) and accordingly DISMISSES Shawn K. Davis's Complaint (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2025.